INEZ DOMINICK, an Infant, by MADISON N. DOMINICK, Her
Guardian ad Litem, Respondent, *v.* FORT STANWIX CANNING
COMPANY, Appellant.

*Dominick* v. *Fort Stanwix Canning Co.*, 123 App. Div. 912, affirmed.
(Argued December 16, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 11, 1908, affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial in an action to recover for personal injuries alleged
to have been received through defendant's negligence.

*Howard C. Wiggins* for appellant.

*Joseph B. Murphy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT,
VANN, WERNER, HISCOCK and CHASE, JJ.